**AKIN GUMP STRAUSS HAUER & FELD LLP**
REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:   415.765.9500
Facsimile:   415.765.9501

HYONGSOON KIM (SBN 257019)
kimh@akingump.com
2029 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone:   310.229.1000
Facsimile:   310.229.1001

Attorneys for Defendant
*Samsung Electronics America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHLA RABINOWITZ, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation,<br><br>Defendant. | Case No. 3:14-CV-00801 JCS<br><br>**STIPULATION EXTENDING SAMSUNG ELECTRONICS AMERICA, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>(Local Rule 6-1(a))<br><br>Judge:   Joseph C. Spero<br><br>Date:    N/A<br>Time:    N/A |

1 | Pursuant to Local Rule 6-1(a), this Stipulation is entered into between Plaintiff Shahla Rabinowitz ("Plaintiff") and Defendant Samsung Electronics America, Inc. ("Defendant") with reference to the following facts:

A. Plaintiff filed the Complaint in the above-captioned action ("Complaint") on February 21, 2014 and effected service of process on Defendant thereafter;

B. Defendant has requested and Plaintiff is agreeable to a 60-day extension of Defendant's time to answer, move or otherwise respond to the Complaint; and

C. This extension will not alter the date of any event or deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their respective counsel, that Defendant shall have up to and including May 19, 2014 to answer, move or otherwise respond to the Complaint.

Dated: March 19, 2014               ZELLE HOFMANN VOELBEL & MASON LLP

                                    By: _____
                                         Judith A. Zahid
                                         Attorneys for Plaintiff
                                         SHAHLA RABINOWITZ

Dated: March 19, 2014               AKIN GUMP STRAUSS HAUER & FELD LLP

                                    By: _____
                                         Reginald Steer
                                         Attorneys for Defendant
                                         SAMSUNG ELECTRONICS AMERICA, INC.

Dated: 3/20/14

IT IS SO ORDERED
Judge Joseph C. Spero